**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO. 19-cr-00424 (TJK)** |
| | ) | |
| | ) | |
| | ) | |
| **ELEANOR R. MILLIGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## VERDICT FORM

**COUNT 1 (WIRE FRAUD):**

As to Count 1 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY       _____ NOT GUILTY

**COUNT 2 (WIRE FRAUD):**

As to Count 2 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY       _____ NOT GUILTY

**COUNT 3 (WIRE FRAUD):**

As to Count 3 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY       _____ NOT GUILTY

**COUNT 4 (WIRE FRAUD):**

As to Count 4 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY        _____ NOT GUILTY

**COUNT 5 (WIRE FRAUD):**

As to Count 5 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY _____ NOT GUILTY

**COUNT 6 (WIRE FRAUD):**

As to Count 6 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY        _____ NOT GUILTY

**COUNT 7 (WIRE FRAUD):**

As to Count 7 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY        _____ NOT GUILTY

**COUNT 8 (WIRE FRAUD):**

As to Count 8 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Wire

Fraud, we, the members of the jury, do hereby find the defendant:

✓ GUILTY        _____ NOT GUILTY

**COUNT 9 (AGGRAVATED IDENTITY THEFT):**

As to Count 9 of the Indictment, charging defendant ELEANOR R. MILLIGAN with

Aggravated Identity Theft, we, the members of the jury, do hereby find the defendant:

✓ GUILTY        _____ NOT GUILTY

**COUNT 10 (AGGRAVATED IDENTITY THEFT):**

As to Count 10 of the Indictment, charging defendant ELEANOR R. MILLIGAN with

Aggravated Identity Theft, we, the members of the jury, do hereby find the defendant:

✓ GUILTY          _____ NOT GUILTY

**COUNT 11 (AGGRAVATED IDENTITY THEFT):**

As to Count 11 of the Indictment, charging defendant ELEANOR R. MILLIGAN with

Aggravated Identity Theft, we, the members of the jury, do hereby find the defendant:

✓ GUILTY          _____ NOT GUILTY

**COUNT 12 (AGGRAVATED IDENTITY THEFT):**

As to Count 12 of the Indictment, charging defendant ELEANOR R. MILLIGAN with

Aggravated Identity Theft, we, the members of the jury, do hereby find the defendant:

✓ GUILTY          _____ NOT GUILTY

**COUNT 13 (THEFT IN THE FIRST DEGREE):**

As to Count 13 of the Indictment, charging defendant ELEANOR R. MILLIGAN with Theft in

the First Degree, we, the members of the jury, do hereby find the defendant:

✓ GUILTY          _____ NOT GUILTY

This is our unanimous verdict.

FOREPERSON/JUROR NO.

JULY 23, 2021
DATE